UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| VALERIE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:26-CV-21-REW-EBA |
| v. | ) | |
| | ) | |
| ASHLEA BAKER and APPALACHIAN REGIONAL HEALTHCARE, INC., et al. | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Per the Court's summary judgment ruling entered this date and Federal Rule of Civil Procedure 58, the Court hereby:

1. GRANTS summary judgment to Defendant ARH Tug Valley Health Services, Inc., the lone remaining entity defendant;
2. DISMISSES with prejudice all claims of Valerie Johnson against said entity; and
3. Declines to exercise supplemental jurisdiction over claims against Ashlea Baker and thus REMANDS the case back to Floyd Circuit Court.

This the 26th day of October, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**